IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00044-SPM-AK

JOSEPH T LANDER,

    Defendant.
_____/

**O R D E R**

This matter came before the Court for a first appearance for Defendant Lander on December 3, 2008.  At the outset of the hearing, Federal Public Defender Tom Miller was appointed to represent Mr. Lander for the limited purpose of first appearance.  Mr. Lander also informed the court that he is attempting to retain private counsel.  At the close of the hearing, the government requested that Mr. Lander be detained.  The Court set the detention hearing for Monday, December 8, 2008, at 11:00, before the undersigned, without prejudice to the defendant to move to push up the hearing if he is able to retain counsel prior to that time.  Defendant shall remain in the custody of the U.S. Marshal pending the detention hearing.

Additionally, in open Court the government moved to unseal the indictment, with no objection from the defendant.  Accordingly, the Clerk is directed to unseal this case.

**DONE AND ORDERED** this  *3rd*  day of December, 2008

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge