IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr44-SPM

JOSEPH T. LANDER,

    Defendant.
_____/

**ORDER DENYING MOTION TO BRING DIGITAL LIGHT PROJECTOR
AND LASER PRINTER INTO COURTROOM FOR TRIAL**

This cause comes before the Court on Defendant's Motion for Court Authorization of the Use of Electronic Means for the Presentation of Evidence at Trial. Doc. 97. Defendant will not be permitted to print documents in the courtroom. The courtroom has an evidence presentation system. There is no need to bring in additional equipment. Accordingly, it is

ORDERED AND ADJUDGED: the motion (doc. 97) is denied.

DONE AND ORDERED this 2nd day of October, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge