IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr44-SPM

JOSEPH T. LANDER,

    Defendant.
_____/

## ORDER DENYING SECOND MOTION FOR MISTRIAL

This cause comes before the Court on Defendant Joseph T. Lander's Second Motion for Mistrial. Doc. 116. For the following reasons, the motion will be denied.

1. A mistrial is appropriate when an impartial verdict cannot be reached or where a defendant's substantial rights have been prejudiced. McNeal v. Hollowell, 481 F.2d 1145, 1149 (5th Cir. 1973); United States v. Newsome, 475 F.3d 1221, 1227 (11th Cir. 2007). The Court should "consider all the circumstances to determine whether there is a manifest necessity to dismiss the jury without a verdict or whether the ends of public justice would otherwise be defeated." McNeal, 481 F.2d at 1149. A defendant requesting a mistrial must show substantial prejudice. United States v. Ettinger, 344 F.3d 1149, 1161 (11th

Cir. 2003).

2.  Defendant relies primarily on discovery violations and prosecutorial misconduct as the bases for his motion for mistrial. Defendant, however, has not demonstrated substantial prejudice.

3.  The Court has previously considered Defendant's arguments for dismissal of the indictment. See docs. 96 and 102. No information has been presented to change the Court's prior ruling.

Accordingly, it is

ORDERED AND ADJUDGED: the second motion for mistrial (doc. 116) is denied.

DONE AND ORDERED this 14th day of October, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge