**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

      **Plaintiff**

vs.                                                                 Case No. 1:08cr44-SPM/AK

**JOESPH T. LANDER**
      a/k/a Joey Lander

      **Defendant**

_____/

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE CAME ON before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1. On July 28, 2009, a Federal Grand Jury sitting in the Northern District of Florida issued a Superseding Indictment against the Defendant, charging him with various violations of Title 18, United States Code (Doc. 66).

2. The Superseding Indictment included a Forfeiture Allegation, pursuant to 18 U.S.C. §§ 982(a)(1), 982(a)(2), and 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p).

3. On October 9, 2009, a jury sitting in the Northern District of Florida found the defendant guilty of Counts Two and Four through Eighteen of the Superseding Indictment (Doc. 120). On the same day, the jury issued a Special Verdict which found the property identified as the DIXIE COUNTY ADVOCATE as property derived from or traceable to the proceeds the defendant obtained, directly or indirectly, as a result of the offenses described in the Superseding Indictment

(Doc. 122).

4. The United States seeks forfeiture of Defendant's interest in:

    **A. The DIXIE COUNTY ADVOCATE newspaper, located in Cross City, Florida, registered with the Florida Department of State as LSA Media, LLC with the principle address being 174 NE Hwy 351, Cross City, FL 32628 and a mailing address of P.O. Box 5030, Cross City, FL 32628.**

5. The United States is entitled to possession of the above-described property pursuant to 18 U.S.C. §§ 982(a)(1), 982(a)(2), and 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p). It is hereby

ORDERED, ADJUDGED and DECREED that based on the foregoing, the Defendant's interest the following property is hereby forfeited to the United States pursuant to the provisions of 18 U.S.C. §§ 982(a)(1), 982(a)(2), and 981 (a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p):

    **A. The defendant's interest in the DIXIE COUNTY ADVOCATE newspaper, located in Cross City, Florida, registered with the Florida Department of State as LSA Media, LLC with the principle address being 174 NE Hwy 351, Cross City, FL 32628 and a mailing address of P.O. Box 5030, Cross City, FL 32628.**

It is further

ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, within sixty (60) days of the first date of publication on an official internet

government forfeiture site, or receipt of actual notice, whichever is earlier. The United States shall:

1. State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

It is further

ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

DONE AND ORDERED this 4th day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge