IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr44-SPM

JOSEPH T. LANDER,

      Defendant.
_____/

### ORDER DENYING SUPPLEMENTAL MOTION TO CONTINUE SENTENCING

This cause comes before the Court on Defendant's Supplemental Motion to Continue Sentencing. Doc. 152. For the following reasons, the motion will be denied.

1. Defendant has been aware since the jury returned its verdict on October 9, 2009, that any interest he has in the Dixie County Advocate would be forfeited.

2. Defendant has filed no objection to the Government's Motion for Entry of Preliminary Order of Forfeiture. Doc. 145.

3. A preliminary order of forfeiture is final order as to any interest Defendant may have in the forfeited property, and Defendant may raise any arguments he has against forfeiture on appeal. United States v. Gross, 213 F.3d

599, 600 (11th Cir. 2000).

4. Defendant has not demonstrated any prejudice from a delay in issuance of the preliminary order of forfeiture.

Based on the foregoing, it is

ORDERED AND ADJUDGED: Defendant's Supplemental Motion to Continue Sentencing (doc. 152) is denied.

DONE AND ORDERED this 4th day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge