IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 1:08cr44-SPM

JOSEPH T. LANDER,

      Defendant.
_____/

## ORDER SETTING DEADLINE TO REQUEST EVIDENTIARY HEARING

The Court has reviewed the parties' written arguments on the restitution issues. Docs. 164 and 169. It does not appear that there are any factual issues that require resolution through an evidentiary hearing. However, any party wishing to have an evidentiary hearing may make a request in writing on or before March 8, 2010  The request should include the following:

1. An explanation of the factual issues that need to be resolved at the evidentiary hearing.

2. A list of the names and addresses of all witnesses intended to be called at the hearing. The list shall include a summary of each witness's testimony and estimate of time for presentation of the testimony;

3. A list of all exhibits to be offered at the hearing, noting any

objections thereto and the grounds for each objection.

If no request for evidentiary hearing is received, the Court will issue an order on restitution based on the record in this case and the parties' written arguments.

DONE AND ORDERED this 1st day of March, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge