IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO. 1:08cr44-SPM

JOSEPH T. LANDER,
  a/k/a Joey Lander,

    Defendant.
_____/

## ORDER DIRECTING GOVERNMENT TO RESPOND

This cause comes before the Court on the Request for Hearing (doc. 210) filed by Susan Fink. Ms. Fink contends that she is the sole owner of the property and business known as the Keaton Beach Bar, upon which the Government has sought to execute to collect debts owed by Defendant Joseph T. Lander. Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Government shall have up to and including September 7, 2010, to file a written response to the Request for Hearing (doc. 210).

2.    Failure of the Government to respond as ordered will result in the

Court's quashing of the writ.

DONE AND ORDERED this 1st day of September, 2010.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge