IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:08cr44-SPM

JOSEPH T. LANDER,
  a/k/a Joey Lander,

    Defendant.

_____/

**SECOND ORDER DIRECTING GOVERNMENT TO RESPOND**

This cause comes before the Court on the Request for Hearing (doc. 210) filed by Susan Fink and the Government's response (doc. 212). Although Ms. Fink bears the ultimate burden of showing her ownership of the property and business known as the Keaton Beach Bar[1], the Government should be required to make an initial showing that Defendant Joseph T. Lander has a substantial nonexempt interest in the property to establish that the writ of was properly issued. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The Government shall have up to and including September 17,

---

[1] See United States v. West Indies Transp. Co., Inc., 57 F.Supp.2d 198, 202-203 (D.V.I. 1999).

2010, to file a response establishing its basis for concluding that Joseph T. Lander has a substantial nonexempt interest in the property.

      2.    Failure of the Government to respond as ordered will result in the Court's quashing of the writ.

      DONE AND ORDERED this 13th day of September, 2010.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      Chief United States District Judge