IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:08cr44-SPM

JOSEPH T. LANDER,
  a/k/a Joey Lander,

    Defendant.
_____/

## ORDER QUASHING WRIT

This cause comes before the Court on the Request for Hearing (doc. 210) filed by Susan Fink and the Government's response (doc. 212 and 213).

The Government has failed to make an initial showing that Defendant Joseph T. Lander has a substantial nonexempt interest in the Keaton Beach Bar, Inc. Accordingly, it is

ORDERED AND ADJUDGED:

1.      The Writ of Execution (doc. 203) is quashed.

2.      The clerk of court shall mail a copy of this order to Susan Fink, 480

NE 303 Avenue, Old Town, FL 32680.

DONE AND ORDERED this 7th day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO. 1:08cr44-SPM