IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 1:08cr44-SPM

JOSEPH T. LANDER,

      Defendant.

_____/

### ORDER DENYING MOTION FOR RELEASE PENDING RESENTENCING

This cause comes before the Court on Defendant's Motion for Release Pending Resentencing (doc. 229) and the response in opposition filed by the Government (doc. 232).

The release of an incarcerated defendant who has had his conviction affirmed but has been remanded for resentencing is governed by Title 18, United States Code, Section 3143(b).  United States v. Olis, 450 F3d 583, 586 (5th Cir. 2006); United States v. Krilich, 178 F.3d 859, 860-62 (7th Cir. 1999).  Under the statute's two-part standard, detention pending appeal is required unless the court finds:

> **(A)** by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released . . . **and**

    **(B)** that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in–
        (i)   reversal,
        (ii)  an order for a new trial,
        (iii) a sentence that does not include a term of imprisonment, or
        (iv) a reduced term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

18 U.S.C. § 3143(b)(1) (emphasis in bold supplied). Here, while it is debatable whether or not Defendant can meet the first part of the standard, it is clear that he cannot meet the second part of the standard. Defendant's mail fraud convictions as to the GenSpec scheme have been affirmed by the Eleventh Circuit Court of Appeals, so any subsequent appeal will not result in "(i) reversal" or "(ii) an order for new trial." 18 U.S.C. § 3143(b)(1)(b)(ii) and (ii). Furthermore, Defendant makes no showing, and certainly not a clear and convincing showing, that he is likely to receive "(iii) a sentence that does not include a term of imprisonment, or (iv) a reduced term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." Based on the foregoing, it is

    ORDERED AND ADJUDGED: Defendant's Motion for Release Pending Resentencing (doc. 229) is denied.

    DONE AND ORDERED this 21st day of March, 2012.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Senior United States District Judge

CASE NO.: 1:08cr44-SPM